## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Samuel Delacruz                    CHAPTER 7

              Debtor(s)

                                 BKY. NO. 23-11283 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                Respectfully submitted,

                          /s/ *Michael Farrington*

                          Michael Farrington
                          12 Jul 2023, 11:15:31, EDT

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322