# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Samuel Delacruz | Debtor(s) | CHAPTER 7 |
| Bank of America, N.A. | Movant | NO. 23-11283 PMM |
| vs. | | |
| Samuel Delacruz | Debtor(s) | 11 U.S.C. Section 362 |
| Bonnie B. Finkel Esq. | Trustee | |

## ORDER

AND NOW, this         day of                    , 2023 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to permit Bank of America, N.A., to take possession and sell, and lease or otherwise dispose of the U 2016 GMC YUKON 1GKS2CKJ9GR212240.

United States Bankruptcy Judge.