# EXHIBIT B



# Lien and Title Information Report
## 2310-Bank of America

| | | | |
|---|---|---|---|
| **Customer** | DELACRUZ, SAMUEL | **VIN** | 1GKS2CKJ9GR212240 |
| **Organization ID** | 2310 | **Organization Name** | Bank of America |
| **Lien Start** | 10/31/2019 | **Lien End** | |
| **Original Loan Amount** | $0.00 | **Lien Balance Amount** | $0.00 |
| **Lien Type** | Retail | **Dealer ID** | |

**ALS/ALI**

### Last ELT Transactions

Received On
2019-11-14 22:53:38.0              Add Record - Perfection of Lien

### Borrower / Lesee Details

| | |
|---|---|
| **Name** | DELACRUZ, SAMUEL |
| **Address** | 625 CODY DR,READING PA,19605 |

### Vehicle Information

| | | | |
|---|---|---|---|
| **Vehicle Type** | Auto | **Make** | GMC |
| **Model** | YUKON | **Year** | 2016 |
| **Mileage** | 0 | | |

### Title Information

| | | | |
|---|---|---|---|
| **Title Number** | ████ | **Title State** | PA |
| **Tag Number** | | **VIN** | 1GKS2CKJ9GR212240 |
| **Status** | MATCHED | **Match Date** | 11/14/2019 |
| **Lien Expiration Date** | 11/14/2025 | **Media Type** | Electronic |

### State Information

| | | | |
|---|---|---|---|
| **Name** | DELACRUZ, SAMUEL | **Lessee** | |
| **Address** | 625 CODY DR,READING PA,19605 | | |
| **Vehicle Type** | | **Make** | GMC |
| **Model** | | **Year** | 2016 |
| **Mileage** | 80795 | | |
| **Title State** | PA | **Title Number** | ████ |
| **Brands** | 68 PA: ACTUAL MILEAGE | | |