# EXHIBIT C

# J.D. POWER

# 2016 GMC Yukon
Utility 4D Denali 4WD V8 Values

## Pricing & Values

Prices shown for the used **2016 GMC Yukon Utility 4D Denali 4WD V8** with typical miles are what people paid to buy this vehicle or what people received when trading in this vehicle at a dealer. Edit options.

## Buy from Dealer

Prices shown are what people paid including dealer discounts. Taxes and fees (title, registration, license, document, and transportation fees) are not included.



Buy from Dealer    Buy Certified from Dealer

Average Price Paid

**$33,853**

Data from **492** transactions - Updated 12/31/69

80% of People Paid

**$32,089 - $35,860**

# Trade In to Dealer

Prices shown are what people received from a dealer for their trade-in vehicle by condition.
See definitions.

| | |
|---|---:|
| Base Price | $27,625 |
| Mileage and Options | $0 |
| **Rough Condition** ⓘ | **$27,625** |

| | |
|---|---:|
| Base Price | $29,425 |
| Mileage and Options | $0 |
| **Average Condition** ⓘ | **$29,425** |

| | |
|---|---:|
| Base Price | $30,900 |
| Mileage and Options | $0 |
| **Clean Condition** ⓘ | **$30,900** |

Looking for values for your business? **J.D. Power Valuation Services** can help.