## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Samuel Delacruz<br>　　　　　　　　Debtor(s) | | CHAPTER 7 |
| Bank of America, N.A.<br>　　　　　　　　Movant<br>　　vs.<br>Samuel Delacruz<br>　　　　　　　　Debtor(s) | | NO. 23-11283 PMM |
| Bonnie B. Finkel Esq.<br>　　　　　　　　Trustee | | 11 U.S.C. Section 362 |

### CERTIFICATE OF SERVICE

I, Michael P. Farrington, Esq., attorney for Movant do hereby certify that I caused true and correct copies of the foregoing Motion of Bank of America, N.A. for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on July 20, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Samuel Delacruz
905 N. 9th Street
Readine, PA 19604

Attorney for Debtor(s)
Larry W. Miller, Jr.
MILLER LAW GROUP, PLLC
25 Stevens Avenue
West Lawn, PA 19609
VIA ECF

Trustee
Bonnie B. Finkel Esq.
P.O. Box 1710 (VIA ECF)
Cherry Hill, NJ 08034
VIA ECF

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

　　　　　　　　**/s/ Michael P. Farrington**
　　　　　　　　Michael P. Farrington, Esquire
　　　　　　　　KML Law Group, P.C.
　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　Phone: (215) 627-1322
　　　　　　　　Fax: (215) 627-7734
　　　　　　　　Attorneys for Movant/Applicant

Dated: July 20, 2023