| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Samuel** _____ **Delacruz** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** |
| Case number (if known) | **23-11283** |

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $9,223.06 | $9,223.06 | $0.00 |

| **Department of the Treasury** | Last 4 digits of account number | __ __ __ __ |
|---|---|---|
| Priority Creditor's Name | | |
| **Internal Revenue Service** | When was the debt incurred? | **12/31/2021** |
| Number    Street | | |

_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Kansas City        MO    64999-0002**
City        State    ZIP Code

Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Is the claim subject to offset?
☑ No
☐ Yes

Assessed Total $8615.61
Accrued Interest @ 7%=607.45

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1

Debtor 1  **Samuel Delacruz**  Case number (if known) **23-11283**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|
| **4.1** **American Express** — Nonpriority Creditor's Name<br>PO Box 981537<br>El Paso, TX 79998<br>Last 4 digits of account number: 9 8 5 3<br>When was the debt incurred? 7/10/2018<br>As of the date you file, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Who incurred the debt? ☑ Debtor 1 only<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset? ☑ No ☐ Yes<br>Type of NONPRIORITY unsecured claim: ☑ Other. Specify **Credit Card** | $9,658.00 |
| **4.2** **Best Egg** — Nonpriority Creditor's Name<br>PO Box 42912<br>Philadelphia, PA 19101<br>Last 4 digits of account number: x x x x<br>When was the debt incurred? 3/14/2022<br>As of the date you file, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Who incurred the debt? ☑ Debtor 1 only<br>☐ Check if this claim is for a community debt<br>Is the claim subject to offset? ☑ No ☐ Yes<br>Type of NONPRIORITY unsecured claim: ☑ Other. Specify **Personal Loan**<br>Past Due $1,575 as of March 2023 | $20,048.00 |

Debtor 1  **Samuel Delacruz**   Case number (if known) **23-11283**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

Total claim

**4.3**                                                                                                              $8,062.00

**Citizen's Bank**
Nonpriority Creditor's Name
**One Citizens Way**
Number   Street
**Mailstop JCA130**

**Johnston    RI    02919**
City           State  ZIP Code

Last 4 digits of account number   x x x x
When was the debt incurred?   **01/12/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.4**                                                                                                              $66.00

**Comenity Bank - Express**
Nonpriority Creditor's Name
**PO Box 182789**
Number   Street

**Columbus    OH    43218**
City           State  ZIP Code

Last 4 digits of account number   x x x x
When was the debt incurred?   **11/30/2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.5**                                                                                                              $17,982.00

**Discover Bank**
Nonpriority Creditor's Name
**PO Box 30939**
Number   Street

**Salt Lake City    UT    84130**
City                  State  ZIP Code

Last 4 digits of account number   x x x x
When was the debt incurred?   **11/21/2007**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3

Debtor 1  **Samuel Delacruz**　　　　　Case number (if known) **23-11283**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.6**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$9,705.00

**Home Depot/ CitiBank**
Nonpriority Creditor's Name
**P.O. Box 6497**
Number   Street

**Sioux Falls    SD    57117**
City         State   ZIP Code

Last 4 digits of account number  x  x  x  x
When was the debt incurred?  **12/02/2006**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**4.7**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$8,639.00

**Lending Point LLC**
Nonpriority Creditor's Name
**1201 Roberts Blvd. NW**
Number   Street
**STE 200**

**Kennesaw    GA    30144**
City         State   ZIP Code

Last 4 digits of account number  x  x  x  x
When was the debt incurred?  **1/2/2023**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 106E/F　　　Schedule E/F: Creditors Who Have Unsecured Claims　　　page 4

Debtor 1   **Samuel Delacruz**                                       Case number (if known) **23-11283**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.8

**Mohela/Dept. of Education**
Nonpriority Creditor's Name
**633 Spirit Drive**
Number     Street

**Chesterfield       MO    63005**
City                State    ZIP Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  x  x  x  x
When was the debt incurred?  **10/14/2016**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

$66,268.00

On Federal Forebearance until 60 days after June 30, 2023 pending SCOTUS decision.

### 4.9

**Sofi Lending Corp.**
Nonpriority Creditor's Name
**2750 E Cottonwood Pkwy**
Number     Street

**Cottonwood Heights   UT    84121**
City                State    ZIP Code

Who incurred the debt? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  x  x  x  x
When was the debt incurred?  **3/15/2022**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Personal Loan**

$15,361.00

Debtor 1    Samuel Delacruz                                    Case number (if known)  23-11283

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. | Domestic support obligations | $0.00 |
| 6b. | Taxes and certain other debts you owe the government | $9,223.06 |
| 6c. | Claims for death or personal injury while you were intoxicated | $0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | + $0.00 |
| 6e. | Total. Add lines 6a through 6d. | $9,223.06 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. | Student loans | $66,268.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | $0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | $0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | + $89,521.00 |
| 6j. | Total. Add lines 6f through 6i. | $155,789.00 |