United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11283-pmm
Samuel Delacruz  Chapter 7
Samuel Delacruz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4  User: admin  Page 1 of 2
Date Rcvd: Aug 21, 2023  Form ID: pdf900  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Samuel Delacruz, 1070 Rick Road, Reading, PA 19605-9300 |
| db | +++ | Samuel Delacruz, MAILING ADDRESS, 905 N. 9th Street, Reading, PA 19604-2309 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BONNIE B. FINKEL | finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| BONNIE B. FINKEL | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| LARRY W. MILLER, JR. | on behalf of Debtor Samuel Delacruz lmiller@millerlawgroup.net sjameson@millerlawgroup.net |
| MARK A. CRONIN | on behalf of Creditor MFA Financial Inc. bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 21, 2023 | Form ID: pdf900 | Total Noticed: 2 |

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                               :          Chapter 7

SAMUEL DELACRUZ,
                                     :
Debtor,                              :          Bankruptcy No. 23-11283 pmm

### STIPULATION EXTENDING THE TIME TO FILE A COMPLAINT UNDER SECTION 727 AND/OR A MOTION TO DISMISS UNDER SECTION 707

**NOW,** this 18TH day of August, 2023, it is hereby agreed and stipulated to between Attorney for the debtor, Larry W. Miller, Jr., Esq. and Bonnie B. Finkel, the chapter 7 trustee as follows:

The parties hereby agree, that the time for the Chapter 7 Trustee and for the US Trustee to file a Complaint to Deny Discharge under Section 727 and/or a Motion to Dismiss under 707 is hereby extended an additional 60 days past the original deadline date of August 28, 2023. The Trustee had requested additional financial information including the business income, personal income, and bank statements and needs additional time to review the large volume of documentation provided in this potential asset case.

Therefore, the parties agree that the new deadline for the Trustee or U.S. Trustee to file a Complaint or a Motion to Dismiss will be October 27, 2023.

This Stipulation can be executed in counterparts and filed in counterparts so that it is as if it were one integrated document

　　　　　　　　　　　　　　　　　　　　　　　/s/ Larry W. Miller, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Larry W. Miller, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

　　　　　　　　　　　　　　　　　　　　　　　Bonnie B. Finkel
　　　　　　　　　　　　　　　　　　　　　　　Bonnie B. Finkel, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

## ORDER

NOW, this 21st day of August, 2023, **IT IS HEREBY ORDERED AND DECREED** that the above Stipulation be approved.

*Patricia M. Mayer*

HONORABLE PATRICIA M. MAYER

United States Bankruptcy Judge