Certificate Number: 14912-PAE-DE-037739043

Bankruptcy Case Number: 23-11283



14912-PAE-DE-037739043

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2023, at 6:36 o'clock AM EDT, Samuel Delacruz completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 6, 2023         By:   /s/Jai Bhatt

                                  Name:   Jai Bhatt

                                  Title:   Counselor