United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Samuel Delacruz  
Samuel Delacruz  
    Debtors

Case No. 23-11283-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Sep 05, 2023     Form ID: pdf900     Total Noticed: 5

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++     Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Samuel Delacruz, MAILING ADDRESS, 905 N. 9th Street, Reading, PA 19604-2309 |
| db | +++ | Samuel Delacruz, 1070 Rick Road, Reading, PA 19605-9300 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Sep 06 2023 02:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 06 2023 02:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: M74banko@mercedes-benz.com | Sep 06 2023 02:49:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 05, 2023 | Form ID: pdf900 | Total Noticed: 5

**below:**

| Name | Email Address |
|---|---|
| BONNIE B. FINKEL | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| BONNIE B. FINKEL | finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| LARRY W. MILLER, JR. | on behalf of Debtor Samuel Delacruz lmiller@millerlawgroup.net sjameson@millerlawgroup.net |
| MARK A. CRONIN | on behalf of Creditor MFA Financial Inc. bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Samuel Delacruz, | : | Chapter 7 |
| | : | |
| Debtor. | : | Bky. No. 23-11283 PMM |

## ORDER DISPPROVING REAFFIRMATION AGREEMENT

**AND NOW**, the creditor having filed a reaffirmation between the Debtor and Bank of America, N.A of the kind specified in 11 U.S.C. §524(c) (doc. #34, the "Reaffirmation Agreement");

**AND** a hearing with regard to the Reaffirmation Agreement having been held and concluded on September 5, 2023;

**AND** at the hearing, the Debtor having failed to rebut the presumption of undue hardship, see doc. #37;

**AND** for the reasons stated on the record at the hearing;

It is hereby **ORDERED** that the Reaffirmation Agreement is **DISAPPROVED**.

Date: September 5, 2023

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**