**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re:                                                                                                          Chapter: 7

      Samuel Delacruz

Debtor(s)                                                                         Case No: 23-11283-pmm

---

**DEBTOR SUPPLEMENTAL STATEMENT**

      In response to the order entered by this court on August 30, 2023, regarding the personal financial management course, I, Larry W. Miller, Jr., Esquire, counsel for debtor, state the Personal Financial Management course was completed by Mr. Delacruz on or about September 6, 2023. The certificate of completion for the course was filed on or about September 6, 2023, and is identified as document number 48.

                                                  Respectfully submitted,

                                                  /s/Larry W. Miller, Jr., Esquire
                                                    Larry W. Miller, Jr., Esquire
                                                    ID # 86007
                                                    Miller Law Group, PLLC
                                                    25 Stevens Avenue
                                                    West Lawn, PA  19609
                                                    (610) 670-9000
                                                    Attorney for Debtor