**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| Samuel Delacruz, | : | Case No. 23-11283-pmm |
| | : | |
| | : | HEARING DATE: Thursday, October 24, 2023 |
| Debtor. | : | TIME:　　　　11:00 a.m. |
| | : | LOCATION:　　4TH Fl/The Gateway |
| | : | |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Debtor, Samuel Delacruz, has filed an objection to the proof of claim (number 3) you filed in this bankruptcy case.**

**<u>Your claim may be reduced, modified or eliminated.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Patricia M. Mayer, on **Thursday, October 24th at 11:00 a.m.**, in United States Bankruptcy Court, Eastern District, Reading Division, The Gateway, 4th Floor, 201 Penn Street, Reading, PA 19601.  If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

Date: <u>September 18, 2023</u>　　　　　　　　　　/s/Larry W. Miller, Jr., Esquire
　　　　　　　　　　　　　　　　　　　　　　　Larry W. Miller, Jr., Esquire
　　　　　　　　　　　　　　　　　　　　　　　Miller Law Group, PLLC
　　　　　　　　　　　　　　　　　　　　　　　25 Stevens Avenue
　　　　　　　　　　　　　　　　　　　　　　　West Lawn, PA 19609
　　　　　　　　　　　　　　　　　　　　　　　Tel: 610-670-9000
　　　　　　　　　　　　　　　　　　　　　　　Fax: 610-670-9901
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor