**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| Overlord Real Estate Holdings, LLC, | : | Case No. 23-11282-pmm |
| | : | |
| Debtor. | : | |

**PRAECIPE TO WITHDRAW OBJECTION**
**TO PROOF OF CLAIM (Claim #5)**

Samuel Delacruz on behalf of Overlord Real Estate Holdings, LLC, by and through their attorneys, Larry W. Miller, Jr., Esquire and the Miller Law Group, PLLC, do hereby file this Praecipe to WITHDRAW the OBJECTION TO PROOF OF CLAIM filed on August 14, 2022, objecting to Claim #5 as filed by creditor SAA Architects, Inc. filed on August 4, 2023 in the amount of $31, 135.65 and withdrawn by creditor on 9/18/2023.

Respectfully submitted

Date: September 18, 2023         By:/s/Larry W. Miller, Jr., Esquire
                                 Larry W. Miller, Jr., Esquire
                                 PA ID #86007
                                 Miller Law Group, PLLC
                                 25 Stevens Avenue
                                 West Lawn, PA  19609
                                 (610) 670-9000
                                 lmiller@millerlawgroup.net