**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| SAMUEL DELACRUZ, | : | Case No. 23-11283-pmm |
| | : | |
| | : | HEARING DATE: |
| Debtor. | : | TIME: |
| | : | LOCATION: |
| | : | |

**PRAECIPE TO WITHDRAW DEBTOR'S
OBJECTION TO PROOF OF CLAIM OF
SAA ARCHITECTS, INC. (Claim 3)**

Debtor, Samuel Delacruz, by and through his attorneys, Larry W. Miller, Jr., Esquire, and

the Miller Law Group, PLLC, files this Praecipe to Withdraw the Debtor's Objection to Proof of

Claim filed on September 18, 2023, in this case by SAA Architects, Inc. SAA Architects, Inc.,

Claim number 3.

Respectfully Submitted,

Dated: <u>October 24, 2023</u>

<u>/s/ Larry W. Miller, Jr., Esquire</u>
Larry W. Miller, Jr., Esquire
25 Stevens Avenue
West Lawn, PA 19609
Tel: 610-670-9000
Fax: 610-670-9901
lmiller@millerlawgroup.net
Attorney for the Debtor

1

## <u>PROOF OF SERVICE</u>

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S.

Mail on October 24, 2023 to: Chapter 7 Trustee, Debtor, and Creditor.

/s/ Larry W. Miller, Jr., Esquire
Larry W. Miller, Jr., Esquire
25 Stevens Avenue
West Lawn, PA 19609
Tel: 610-670-9000
Fax: 610-670-9901
lmiller@millerlawgroup.net
Attorney for the Debtor
