IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: SAMUEL DELACRUZ ) | | |
| **Debtor(s)** ) | CHAPTER 7 | |
| ) | | |
| MERCEDES-BENZ FINANCIAL ) | CASE NO. 23-11283-PMM | |
| SERVICES USA LLC ) | | |
| **Moving Party** ) | 11 U.S.C. 362 | |
| v. ) | | |
| ) | | |
| SAMUEL DELACRUZ ) | HEARING DATE: **11-21-23 at 10:00 AM** | |
| **Respondent(s)** ) | | |
| ) | | |
| BONNIE B. FINKEL ) | | |
| **Trustee** ) | | |
| ) | | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Mercedes-Benz Financial Services USA LLC, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2019 Mercedes-Benz GLC 300** bearing vehicle identification number WDC0G4KB2KV153805 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date: **November 17, 2023**

*Patricia M. Mayer*

Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE