## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Samuel Delacruz <br> <u>Debtor(s)</u> | |
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust <br> <u>Movant</u> <br> vs. | CHAPTER 7 |
| Samuel Delacruz <br> <u>Debtor(s)</u> | NO. 23-11283 PMM |
| Bonnie B. Finkel <br> <u>Trustee</u> | |

### **ORDER**

AND NOW, this 28th day of November, 2023 upon consideration of the Motion of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust to Vacate Order, it is ORDERED and DECREED that:

The Motion is granted and the Order entered on October 20, 2023 as Document No. 67 is VACATED.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge.