United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11283-pmm |
| Samuel Delacruz | Chapter 7 |
| Samuel Delacruz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+++           Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Samuel Delacruz, MAILING ADDRESS, 905 N. 9th Street, Reading, PA 19604-2309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 30, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BONNIE B. FINKEL | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| BONNIE B. FINKEL | finkeltrustee@comcast.net NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| LARRY W. MILLER, JR. | on behalf of Debtor Samuel Delacruz lmiller@millerlawgroup.net sjameson@millerlawgroup.net |
| MARK A. CRONIN | |

District/off: 0313-4 — User: admin — Page 2 of 2
Date Rcvd: Nov 28, 2023 — Form ID: pdf900 — Total Noticed: 1

on behalf of Creditor MFA Financial Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust mfarrington@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Samuel Delacruz<br>    Debtor(s)<br><br>Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust<br>    Movant<br>  vs.<br><br>Samuel Delacruz<br>    Debtor(s)<br><br>Bonnie B. Finkel<br>    Trustee | CHAPTER 7<br><br>NO. 23-11283 PMM |

**ORDER**

AND NOW, this 28th day of November, 2023 upon consideration of the Motion of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust to Vacate Order, it is ORDERED and DECREED that:

The Motion is granted and the Order entered on October 20, 2023 as Document No. 67 is VACATED.

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge.