**Fill in this information to identify your case:**

Debtor 1: <u>Samuel</u> _____ <u>Delacruz</u>
First Name    Middle Name    Last Name

Debtor 2: _____ _____ _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: <u>EASTERN DIST. OF PENNSYLVANIA</u>

Case number (if known): <u>23-11283</u>

☑ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No
   ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: ☐ Same as Debtor 1 | Dates Debtor 2 lived there ☐ Same as Debtor 1 |
   |---|---|---|---|
   | <u>625 Cody Drive</u><br>Number  Street | From <u>8/2016</u><br>To <u>8/11/2021</u> | _____<br>Number  Street | From _____<br>To _____ |
   | <u>Reading</u>    <u>PA</u>    <u>19605</u><br>City    State  ZIP Code | | _____<br>City    State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1  **Samuel Delacruz**                                  Case number (if known) **23-11283**

## Part 2: Explain the Sources of Your Income

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

   |  | Debtor 1 | | Debtor 2 | |
   |---|---|---|---|---|
   |  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
   | From January 1 of the current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $13,380.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
   | For last calendar year:<br>(January 1 to December 31, **2022**) | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $110,000.00 (est.) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
   | For the calendar year before that:<br>(January 1 to December 31, **2021**) | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $108,979.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |

5. Did you receive any other income during this year or the two previous calendar years?
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☑ No
   ☐ Yes. Fill in the details.

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 2

Debtor 1 __Samuel Delacruz_____   Case number (if known) __23-11283_____

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments that benefited an insider.

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Mengel et al vs Overlord, LLC et al<br><br>Case number  23-02419 | Civil Litigation - Breach of Contract | Berks Co. Ct of Common Pleas<br>Court Name<br>625 Court Street<br>Number    Street<br><br>Reading           PA    19601<br>City                State  ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Mengel et al vs Overlord, LLC et al<br><br>Case number  23-01775 | Mortgage Forclosure | Berks Co. Ct. of Common Pleas<br>Court Name<br>625 Court Street<br>Number    Street<br><br>Reading           PA    19601<br>City                State  ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| Mengel Holding Co LLC v Samuel Delacruz<br><br>Case number  23-3559 | Complaint and Confession of Judgment | Berk Co Ct of Common Pleas<br>Court Name<br>625 Court Street<br>Number    Street<br><br>Reading           PA    19601<br>City                State  ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☒ No. Go to line 11.
    ☐ Yes. Fill in the information below.

Debtor 1   **Samuel Delacruz** _____   Case number (if known) __23-11283__

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

   ☒ No
   ☐ Yes. Fill in the details.

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

   ☒ No
   ☐ Yes

### Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

   ☒ No
   ☐ Yes. Fill in the details for each gift.

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

   ☒ No
   ☐ Yes. Fill in the details for each gift or contribution.

### Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

   ☒ No
   ☐ Yes. Fill in the details.

### Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

   ☐ No
   ☒ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Miller Law Group, PLLC** | | | $2,000.00 |
| **25 Stevens Avenue** <br> Number   Street | | | |
| **West Lawn**    **PA**    **19609** <br> City           State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    **Samuel Delacruz**                                    Case number (if known)  **23-11283**

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☒ No
    ☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☒ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Ronnie F Diaz Almonte and Francisco A D** | Real Estate - 625 Cody Drive, Reading, PA 19605 | Sale price - $339,000  Funds used to pay off 1st and 2nd mortgages of debtor. Final proceeds of $219.61 to Seller/Debtor | 8/5/2021 |
| **625 Cody Drive** Number Street | | | |
| **Reading**  **PA**  **19605** City  State  ZIP Code | | | |

Person's relationship to you _____

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

    ☒ No
    ☐ Yes. Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☒ No
    ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☒ No
    ☐ Yes. Fill in the details.

Debtor 1  **Samuel Delacruz**    Case number (if known) 23-11283

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?
   - ☒ No
   - ☐ Yes. Fill in the details.

### Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.
   - ☒ No
   - ☐ Yes. Fill in the details.

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?
   - ☒ No
   - ☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?
   - ☒ No
   - ☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.
   - ☒ No
   - ☐ Yes. Fill in the details.

Debtor 1  **Samuel Delacruz**                                Case number (if known) **23-11283**

### Part 11: Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies. Go to Part 12.
    ☑ Yes. Check all that apply above and fill in the details below for each business.

**Overlord Real Estate Holdings, LLC**
Business Name

Describe the nature of the business
**Real Estate Investing and Holdings**

Employer Identification number
Do not include Social Security number or ITIN.

**905 N. 9th Street**
Number    Street

Name of accountant or bookkeeper
**GL Public Services Financial Group**

EIN: **8 2 – 2 8 4 2 6 1 0**

Dates business existed
From  **9/2017**    To  **Present**

**Reading        PA    19604**
City            State  ZIP Code

---

**Double Platinum Enterprise**
Business Name

Describe the nature of the business
**Holding company for barbershop and barber school (#812111)**

Employer Identification number
Do not include Social Security number or ITIN.

**905 N. 9th Street**
Number    Street

Name of accountant or bookkeeper
**GL Public Services Financial Group**

EIN: **4 6 – 2 2 9 9 5 7 2**

Dates business existed
From  **3/18/2013**    To  **present**

**Reading        PA    19604**
City            State  ZIP Code

---

**Double Platinum Barbershop**
Business Name

Describe the nature of the business
**dba of Double Platinum Enterprise (S Corp)**

Employer Identification number
Do not include Social Security number or ITIN.

**905 N 9th Street**
Number    Street

Name of accountant or bookkeeper

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed
From _____   To _____

**Reading        PA    19604**
City            State  ZIP Code

---

**SDGM, LLC**
Business Name

Describe the nature of the business
**Real Estate Investment Holding Co**

Employer Identification number
Do not include Social Security number or ITIN.

**1070 Rick Road**
Number    Street

Name of accountant or bookkeeper

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed
From _____   To _____

**Reading        PA    19605**
City            State  ZIP Code

---

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 8

| Debtor 1 | Samuel Delacruz | Case number (if known) | 23-11283 |
|---|---|---|---|

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

### Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X /s/ Samuel Delacruz
Samuel Delacruz, Debtor 1
Date 12/21/2023

X _____
Signature of Debtor 2
Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____ Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).