IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| SAMUEL DELACRUZ: | : | BANKR. NO. 23-11283-pmm |
| | : | |
| Debtor. | : | |

**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR FILING A COMPLAINT OBJECTING TO DISCHARGE**

It is hereby stipulated, by and between Dave P. Adams, Esq., counsel for the United States trustee, and Larry W. Miller, Jr., Esq., counsel for the above Debtor as follows:

1. The Debtor commenced this case on May 1, 2023, by filing a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

2. The initial Meeting of Creditors pursuant to Section 341(a) was scheduled for June 29, 2023 and rescheduled several times in order for the debtor to provide additional documentation to the Chapter 7 Trustee. On October 16, 2023 an order was entered approving the second stipulation extending the time to file a motion to dismiss and/or complaint objecting to the debtor's discharge extending the deadline to January 5, 2024.

3. At present the U. S. trustee is reviewing this case and has been working with counsel to obtain additional information and documents all of which, to date, has yet to be provided to the U. S. trustee.

4. Because the deadline for taking action under §727 is January 5, additional time is necessary to review the additional information requested from the Debtor. Accordingly, the parties hereby stipulate to an extension of the deadline for taking action under §727 to and including March 1, 2024.

| LARRY W. MILLER, JR., ESQUIRE | ANDREW R VARA |
| MILLER LAW GROUP, PLLC | UNITED STATES TRUSTEE |

*[signature]*  
---  
Larry W. Miller, Jr., Esq.  
Counsel for Debtor  
Dated: 01/04/2024

By: *[signature]*  
---  
Dave P. Adams, Esq.  
Counsel for the U. S. trustee  
Dated: 1/5/2024

## ORDER

Based on the above Stipulation between the U. S. trustee and the Debtor, through their respective counsel, it is hereby ORDERED that the deadline for all parties to file a complaint objecting to discharge is hereby extended to and including March 1, 2024.

Dated: _____

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge