United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11283-pmm |
| Samuel Delacruz | Chapter 7 |
| Samuel Delacruz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+++        Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Samuel Delacruz, MAILING ADDRESS, 905 N. 9th Street, Reading, PA 19604-2309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2024                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BONNIE B. FINKEL | finkeltrustee@comcast.net  NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| BONNIE B. FINKEL | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net  NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| LARRY W. MILLER, JR. | |

District/off: 0313-4 | User: admin | Page 2 of 2

Date Rcvd: Jan 09, 2024 | Form ID: pdf900 | Total Noticed: 1

on behalf of Debtor Samuel Delacruz lmiller@millerlawgroup.net sjameson@millerlawgroup.net

MARK A. CRONIN
   on behalf of Creditor MFA Financial Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust mfarrington@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor BANK OF AMERICA N.A. mfarrington@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
   on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| SAMUEL DELACRUZ: | : | BANKR. NO. 23-11283-pmm |
| | : | |
| Debtor. | : | |

**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR FILING A COMPLAINT OBJECTING TO DISCHARGE**

It is hereby stipulated, by and between Dave P. Adams, Esq., counsel for the United States trustee, and Larry W. Miller, Jr., Esq., counsel for the above Debtor as follows:

1. The Debtor commenced this case on May 1, 2023, by filing a voluntary petition under Chapter 7 of the United States Bankruptcy Code.

2. The initial Meeting of Creditors pursuant to Section 341(a) was scheduled for June 29, 2023 and rescheduled several times in order for the debtor to provide additional documentation to the Chapter 7 Trustee. On October 16, 2023 an order was entered approving the second stipulation extending the time to file a motion to dismiss and/or complaint objecting to the debtor's discharge extending the deadline to January 5, 2024.

3. At present the U. S. trustee is reviewing this case and has been working with counsel to obtain additional information and documents all of which, to date, has yet to be provided to the U. S. trustee.

4. Because the deadline for taking action under §727 is January 5, additional time is necessary to review the additional information requested from the Debtor. Accordingly, the parties hereby stipulate to an extension of the deadline for taking action under §727 to and including March 1, 2024.

LARRY W. MILLER, JR., ESQUIRE
MILLER LAW GROUP, PLLC

_____
Larry W. Miller, Jr., Esq.
Counsel for Debtor
Dated: 01/04/2024

ANDREW R VARA
UNITED STATES TRUSTEE

By: _____
Dave P. Adams, Esq.
Counsel for the U. S. trustee
Dated: 1/5/2024

### ORDER

Based on the above Stipulation between the U. S. trustee and the Debtor, through their respective counsel, it is hereby ORDERED that the deadline for all parties to file a complaint objecting to discharge is hereby extended to and including March 1, 2024.

Dated: **January 9, 2024**

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge

Page 2 of 2