## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Samuel Delacruz<br>            Debtor<br><br>Bank of America, N.A., or its Successor or Assignee<br>            Movant<br>            vs.<br>Bonnie B. Finkel, Trustee<br>Samuel Delacruz<br>            Respondents | Chapter 7<br>Bankruptcy No. 23-11283 |

### CERTIFICATION OF SERVICE OF MOTION FOR RELIEF
### FROM AUTOMATIC STAY AND CERTIFICATION OF
### SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

I, Andrew M. Lubin, attorney for the Movant, Bank of America, N.A., or its Successor or Assignee, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, on the 21st day of February, 2024, upon the following:

Samuel Delacruz
1070 Rick Road
Reading, PA 19605

Samuel Delacruz
MAILING ADDRESS
905 N. 9th Street
Reading, PA 19604

LARRY W. MILLER, JR.
Miller Law Group, PLLC
25 Stevens Avenue
West Lawn, PA 19609

Dave P. Adams
DOJ-Ust
Robert N.C. Nix, Sr. Federal Building
900 Market Street
Philadelphia, PA 19107

Bonnie B. Finkel
Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

/s/ Andrew M. Lubin, Esquire
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for Bank of America, N.A.
1420 Walnut Street, Suite 1501
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com