UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Samuel Delacruz<br>                    Debtor<br><br>Bank of America, N.A., or its Successor or Assignee<br>                    Movant<br>              vs.<br>Bonnie B. Finkel, Trustee<br>Samuel Delacruz<br>                    Respondents | Chapter 7<br>Bankruptcy No. 23-11283 |

### ORDER

AND NOW, this **14th** day of **March**, 20**24**, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, TERMINATED and/or MODIFIED to permit Bank of America, N.A., or its Successor or Assignee, to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to repossess or replevy and/or sale of the Vehicle, namely the U 2016 GMC YUKON bearing VIN # 1GKS2CKJ9GR212240, and it is further,

ORDERED that this Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge