United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 23-11283-pmm

Samuel Delacruz                                                          Chapter 7

Samuel Delacruz

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2024 | Form ID: 318 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Samuel Delacruz, 1070 Rick Road, Reading, PA 19605-9300 |
| db | +++ | Samuel Delacruz, MAILING ADDRESS, 905 N. 9th Street, Reading, PA 19604-2309 |
| 14805068 | | Gregory W. Bair, II, Esquire/Stock and Leader, 221 W. Philadelphia St. Suite E600, York, PA 17401-2994 |
| 14788785 | + | Pennsylvania Minority Business Devl'p Authority, 400 North Street, 4th Floor, Harrisburg, PA 17120-0204 |
| 14805069 | + | SAA Architects, Inc., 600 North Hartley St., Suite 150, 221 W Philadelphia St, York, PA 17401-2991 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 06 2024 00:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 06 2024 00:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14778763 | + | Email/PDF: bncnotices@becket-lee.com | Apr 06 2024 01:00:16 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14778764 | + | EDI: BANKAMER | Apr 06 2024 04:48:00 | Bank of America N.A., PO Box 45144, Jacksonville, FL 32232-5144 |
| 14778765 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 06 2024 00:48:52 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 14778766 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 06 2024 00:49:00 | Citizen's Bank, One Citizens Way, Mailstop JCA130, Johnston, RI 02919-1922 |
| 14778767 | + | EDI: WFNNB.COM | Apr 06 2024 04:48:00 | Comenity Bank - Express, PO Box 182789, Columbus, OH 43218-2789 |
| 14778768 | + | EDI: DISCOVER | Apr 06 2024 04:48:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14778769 | + | EDI: CITICORP | Apr 06 2024 04:48:00 | Home Depot/ CitiBank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14778770 | ^ | MEBN | Apr 06 2024 00:43:49 | Lending Point LLC, 1201 Roberts Blvd. NW, STE 200, Kennesaw, GA 30144-3612 |
| 14778772 | | Email/Text: EBN@Mohela.com | Apr 06 2024 00:49:00 | Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14778771 | + | EDI: MERCEDES | Apr 06 2024 04:48:00 | Mercedes-Benz Financial Services, 14372 Heritage Pkwy, Ft. Worth, TX 76177-3300 |
| 14779119 | | EDI: PENNDEPTREV | Apr 06 2024 04:48:00 | Pennsylvania Department of Revenue, Bankruptcy |

District/off: 0313-4                          User: admin                                    Page 2 of 3
Date Rcvd: Apr 05, 2024                       Form ID: 318                              Total Noticed: 19

|  |  |  | Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14779119 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|  |  | Apr 06 2024 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14778773 | + Email/PDF: SoFiBKNotifications@resurgent.com | | |
|  |  | Apr 06 2024 00:49:07 | Sofi Lending Corp., 2750 E Cottonwood Pkwy, Cottonwood Heights, UT 84121-7285 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14815459 | *+ | Gregory W. Bair, II, Esquire, Stock and Leader, 221 W. Philadelphia St., Suite E600, York, PA 17401-2991 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor BANK OF AMERICA  N.A. nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| BONNIE B. FINKEL | finkeltrustee@comcast.net  NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| BONNIE B. FINKEL | on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net  NJ69@ecfcbis.com;Finkeltrustee@comcast.net |
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor MFA Financial  Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV3 Trust bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| LARRY W. MILLER, JR. | on behalf of Debtor Samuel Delacruz lmiller@millerlawgroup.net  sjameson@millerlawgroup.net |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor BANK OF AMERICA  N.A. mfarrington@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee of MFA |

District/off: 0313-4                     User: admin                                    Page 3 of 3
Date Rcvd: Apr 05, 2024                  Form ID: 318                             Total Noticed: 19

2022-INV3 Trust mfarrington@kmllawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Mercedes-Benz Financial Services USA LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 12

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | Samuel Delacruz | Social Security number or ITIN | xxx–xx–2246 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Samuel Delacruz | Social Security number or ITIN | xxx–xx–2246 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   23–11283–pmm

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Samuel Delacruz

Samuel Delacruz

4/5/24

**By the court:** <u>Patricia M. Mayer</u>
                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318          **Order of Discharge**                    page 2