*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 7

Samuel Delacruz                                                                  : Case No. 23–11283–pmm
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , June 26, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

               By The Court

               Patricia M. Mayer
               Judge, United States Bankruptcy Court

106
Form 195